OSBORN LAW P.C.

Daniel A. Osborn, Esq. dosborn@osbornlawpc.com
Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

**MEMO ENDORSED.**

July 13, 2026

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Smith v. Commissioner of Social Security*
Civil Action No. 1:26-cv-03317-OTW

Dear Judge Wang,

We write on behalf of plaintiff, Tori Smith, and with the consent of the defendant, to request a 90-day extension of time to file plaintiff's motion for judgment on the pleadings, which is currently due on July 22, 2026, per the Court's Standing Scheduling Order. This is the parties' first request for an extension of time. The Plaintiff requests this extension due to having numerous briefs with overlapping deadlines in the following weeks and a scheduled vacation.

Subject to the approval of the Court, the amended briefing schedule would be as follows:

1. Plaintiff to file his motion for judgment on the pleadings on or before **October 20, 2026**;

2. Defendant to file its response/cross-motion on or before **December 21, 2026**; and

3. Plaintiff to file his reply (if any) on or before **January 4, 2027.**

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
OSBORN LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Kristina Danielle Cohn, Esq. (by ECF)

Plaintiff's application for an extension is **GRANTED IN PART**. Plaintiff's proposed briefing schedule is modified as follows:

- Plaintiff's motion for judgment on the pleadings is due **October 20, 2026**;
- Defendant's opposition is due **November 19, 2026**; and
- Plaintiff's reply is due **December 3, 2026**.

**SO ORDERED.**

Ona T. Wang July 14, 2026
U.S.M.J.